### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**TYSON FOODS, INC.**                                                                             **PLAINTIFF**

**V.**                                          **CIVIL ACTION NO.:** 3:23-cv-379-DPJ-FKB

**PIPELINE ENVIRONMENTAL &**
**COMPRESSION INDUSTRIES, LLC**                                        **DEFENDANT**

### COMPLAINT

*Jury Trial Demanded*

**COMES NOW** the Plaintiff herein, Tyson Foods, Inc. ("Tyson Foods" or "Plaintiff"), by and through its counsel, and files this, its Complaint for damages from and against Pipeline Environmental & Compression Industries, LLC, ("PECI" or "Defendant"). In support thereof, Tyson Foods would show unto the Court the following matters and facts, to wit:

### PARTIES

1. Plaintiff Tyson Foods is a corporation organized and existing under the laws of the State of Delaware. Tyson Foods' principal place of business is located in the State of Arkansas.

2. Defendant PECI is a limited liability company organized and existing under the laws of, and whose principal place of business is located in, the State of Louisiana.

### JURISDICTION AND VENUE

3. This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a), as it is a civil action between corporate citizens of two different states in which the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

4.  Venue is proper in this Court pursuant to 28 U.S.C. § 1391 as a substantial part of the events or omissions giving rise to Tyson Foods' claim in this matter occurred in Warren County, Mississippi, a county within the Southern District of Mississippi, Northern Division.

## FACTUAL ALLEGATIONS

5.  Plaintiff Tyson Foods owns and operates a manufacturing facility located at 1785 Interplex Circle in Vicksburg, Warren County, Mississippi.

6.  On or about July 7, 2022, Defendant PECI was working within an easement on the Tyson Foods' facility's property, or immediately adjacent to the Tyson Foods' facility's property, in Vicksburg, Warren County, Mississippi, on a newly installed gas line for the industrial park.

7.  Defendant PECI negligently installed, repaired and/or otherwise disturbed the gas line causing the gas line to leak. The leak was a result of Defendant PECI's negligence.

8.  As a result of the leak, a strong smell of gas reverberated through the Tyson Foods' facility, the gas/gas line to the Tyson Foods' facility had to be turned off and Tyson Foods' employees had to be sent home. This resulted in lost time and production, spoiled product, lost profits and other real and substantial losses to Tyson Foods.

9.  All of Tyson Foods' losses are a result of Defendant PECI's negligence for which Defendant PECI is liable to Tyson Foods. Tyson Foods seeks recovery of all damages and losses to which it is entitled under law.

10. Tyson Foods' damages exceed $75,000, exclusive of interest and costs.

11. Tyson Foods demands a trial by jury on all issues.

## DEMAND FOR RELIEF

**WHEREFORE PREMISES CONSIDERED**, Tyson Foods, Inc. demands judgment from and against Pipeline Environmental & Compression Industries, LLC, in an amount in excess

of $75,000, exclusive of interest and costs, but otherwise to be determined by a jury to adequately compensate it for all damages and losses to which it is entitled under law.

**RESPECTFULLY SUBMITTED**, this the 13th day of June, 2023.

**TYSON FOODS, INC.**

_s/ Richard G. Norris, II_
Stuart Robinson, Jr. (MSB # 5624)
Richard G. Norris, II   (MSB # 100755)

**OF COUNSEL:**

WELLS MARBLE & HURST, PLLC
300 Concourse Blvd, Suite 200
Ridgeland, Mississippi 39157
Post Office Box 131
Jackson, Mississippi 39205-0131
Telephone:    (601) 605-6900
Facsimile:     (601) 605-6901
E-Mail: srobinson@wellsmarble.com
E-Mail: rnorris@wellsmarble.com